**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**




John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: August 28, 2017**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| In re: | * | Case No. 2:17-bk-53711 |
| JODIE D. REEDER, JR. | | |
| TAYLORIA REEDER | * | Judge John E. Hoffman Jr. |
| Debtors. | * | Chapter 13 |

**AGREED ORDER RESOLVING MOTION FOR DETERMINATION THAT MORTGAGE/LIEN IS WHOLLY UNSECURED AND VOID (DOC. 23)**

This cause comes on before the Court upon Debtors' Motion For Determination That Mortgage/Lien is Wholly Unsecured and Void filed with the Court on August 14, 2017 (Doc. 23), and Fifth Third Bank's Response to said Motion filed with the Court on August 24, 2017 (Doc. 25). Prior to the matter proceeding to hearing, the parties resolved all issues in dispute. The Court finding the resolution fair and equitable hereby ORDERS same.

IT IS THEREFORE ORDERED that:

1. Fifth Third Bank's Note and Mortgage dated July 26, 2002, and recorded as Instrument No. 200208130198575 at the Franklin County Recorder's Office on August 13, 2002, shall be allowed as an unsecured claim. A copy of the legal description is attached hereto.

2. The unsecured claim above in the amount of $37,068.48 shall be paid as a regular unsecured claim pursuant to the provisions of the confirmed Chapter 13 plan;

3. The releasing of the aforestated lien will not occur until the issuance of a Chapter 13 Bankruptcy Discharge order after all plan payments have been made, and will not be released upon a hardship discharge or a conversion of the case to one under Chapter 7. The mortgage which is recorded as Instrument No. 200208130198575 at the Franklin County Recorder's Office shall be released and forever discharged under the terms as stated above.

4. In the event the mortgagee fails to timely release the mortgage upon the issuance of a Discharge, not including a hardship discharge in the Chapter 13 case or a conversion to one under Chapter 7, and after all the plan payments have been made, Jodie D. Reeder, Jr. & Tayloria Reeder may cause a certified copy of this Order to be filed with the Franklin County Recorder, which filing shall constitute a complete and full release of the mortgage therein recorded as to the property located at 2973 Tracer Road, Columbus, Ohio 43232.

5. In the event that any entity, including the holder of the first lien on the subject property, forecloses on its security interest and extinguishes the Fifth Third Bank mortgage prior to the Debtors' completion of their Chapter 13 Plan, and receipt of a Chapter 13 Discharge, the Fifth Third Bank lien shall attach to any surplus proceeds of the foreclosure sale for up to the full amount of the Fifth Third Bank mortgage balance at the time of the sale.

6. In the event Debtors refinance the loan(s) on the subject property or sell the subject property prior to the completion of the Chapter 13 case and receipt of a Chapter 13 order of discharge, then the Fifth Third Bank mortgage will be paid in full at closing.

7. In the event that the Chapter 13 case be dismissed or converted to a case under Chapter 7 under the Code, this stipulation and its corresponding order shall be null and void without effect.

8. The Motion is hereby resolved.

IT IS SO ORDERED.

**APPROVED & SUBMITTED BY:**

/s/ W. Mark Jump by Danielle Demming – per email approval 08/24/2017
W. Mark Jump: 0062837
2130 Arlington Avenue
Columbus, Ohio 43221
Phone: (614) 481-4480
E-Mail: bankruptcycourt@jumplegal.com
ATTORNEY FOR DEBTORS

/s/ Alison A. Gill
Alison A. Gill: 0061710
655 Cooper Road
Westerville, Ohio 43081
Telephone: (614) 523-7575
Facsimile: (614) 523-7580
E-Mail: alison@ohiolaws.com
ATTORNEYS FOR FITH THIRD BANK

Copies to: Default List Plus Additional Parties:

Alison A. Gill, Attorney for Fifth Third Bank (via electronic mail)

# # #

JODIE D. REEDER, JR. AND TAYLORIA L. REEDER, HUSBAND AND WIFE

# EXHIBIT "A"

SITUATED IN THE STATE OF OHIO, COUNTY OF FRANKLIN, AND IN THE CITY OF COLUMBUS:

BEING LOT NUMBER TWENTY-FOUR (24), IN REMINGTON RIDGE SECTION 1, PART 2, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN PLAT BOOK [redacted] PAGE [redacted] RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.